# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-010-00033-CV

**Bannum, Inc., Appellant**

**v.**

**Eugene Mees d/b/a Encore House, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GN-07-002493, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Bannum, Inc. and appellee Eugene Mees d/b/a Encore House have filed a joint motion to dismiss the appeal for want of jurisdiction on the basis that the orders to be appealed from are not final, appealable orders. We grant the parties' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed on Joint Motion

Filed:   March 30, 2010